420937

RECEIVED
01 OCT 15 PM 2:27
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

RHK/JMM
**Case Number:** 01-CIVIL-1677 **Case Title:** Security Life v. Stewart, et al.

**Affidavit of Movant**

I, James O. Redman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Chris Harper, an attorney admitted to practice in the Western District of Oklahoma, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendants Stewart & Dunham in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 90013 10-15-01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Chris Harper, am currently a member in good standing of the U.S. District Court for the Western District of Oklahoma, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Chris Harper [signature] 10/12/01
Type/Print Name Signature Date

Attorney License Number: 10325

Law Firm Name & Address: CHRIS HARPER, INC.
P.O. Box 12908
Oklahoma City, OK 73157

Telephone: (405) 607-4000

Motion Granted: [signature] OCT 16 2001
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED OCT 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK