420938

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

RECEIVED
01 OCT 15 PM 2:27
CLERK, U.S. D. COURT
MINNEAPOLIS, MN

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CIVIL-1677 RHK/JMM Case Title: Security Life v. Stewart, et.al.

**Affidavit of Movant**

I, James O. Redman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Phillip P. Owens, II an attorney admitted to practice in the Western District of Oklahoma, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendants Stewart & Dunham in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License # 90013 Date: 10-15-01

**Affidavit of Proposed Admittee**

I, Phillip P. Owens II, am currently a member in good standing of the U.S. District Court for the Western District of Oklahoma, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Phillip P. Owens II
Signature: [signature]
Date: 10/12/01

Attorney License Number: 15165

Law Firm Name & Address: CHRIS HARPER, INC.
P.O. Box 12908
Oklahoma City, OK 73157

Telephone: 405 607-4000

Motion Granted: [signature] /lij
For the Court: Richard D. Sletten, Clerk

Date: OCT 16 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED OCT 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______