UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SECURITY LIFE INSURANCE COMPANY OF AMERICA,

Plaintiff,

v.

DEAN STEWART, JAMES DUNHAM, CHARLES BROOKS and TERRY EUGENE ELSNER,

Defendants.

CIVIL NO. 01-1677 (RHK/JMM)

**AMENDED** PRETRIAL SCHEDULING ORDER

**Pursuant to the Joint Stipulation for Extension of Discovery Deadlines, and** pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

December 10, 2001 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

January 1, 2002 - All motions which seek to amend the pleadings or add parties must be served and filed.

Discovery/Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

February 1, 2002 - By Plaintiff
March 1, 2002 - By Defendants

Filed MAY 0 2 2002
Richard D. Sletten, Clerk
Judgment Entered ___________
Deputy Clerk's Initials ___________

**June 15, 2002** - All discovery of any kind shall be commenced in time to be completed by this date.

**June 15, 2002** - All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

Dispositive Motions/Trial

July 1, 2002 - All dispositive motions shall be served and filed by the parties and heard by the Court. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Deb Siebrecht, (651) 848-1166. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than September 1, 2002. The parties estimate that trial of this Jury matter will take 3 days.

General

The Court does not expressly limit the number of depositions or written discovery devices which may be employed by the parties. The attention of the parties is called to the provisions of Rule 26(g). If necessary, the Court will rule on objections to specific discovery. See also Rule 37(a)(4).

Each party may depose no more than 1 expert.

Each party may call no more than 1 expert at trial.

Dated: May 2, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

We have granted the additional time for discovery based upon the agreement of the Parties, and the fact that they seek no other change in the deadlines established by

this Order. If the consequence of this Stipulation were that it required a change in the dates for dispositive motions, or the trial date, it would have to be denied, since the standards required by Local Rule 16.3 are not established. We expressly call attention to the dispositive motion deadline of July 1, 2002, which remains unchanged.

J.M.M.