**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Security Life Insurance Company of America,

Plaintiff,

v.

Civil No. 01-1677 (RHK/AJB)
**ORDER**

Dean Stewart, Charles Brooks,
Terry Eugene Elsner, and James Dunham.

Defendants.

---

On June 20, 2002, Plaintiff filed a nineteen-page reply brief, which exceeded the cumulative page limit set out in Local Rule 7.1(c). Accordingly, the filed reply brief is **STRICKEN**. Plaintiff shall forthwith file a revised reply brief in compliance with Local Rule 7.1(c); said revised reply brief shall not vary with respect to font size, margins, type face, or numbers of lines per page, from the format of the original reply brief.

Dated: June 21, 2002

Richard H. Kyle
United States District Judge

JUN 2 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK