UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SECURITY LIFE INSURANCE
COMPANY OF AMERICA, etc.

Plaintiff,

vs

CV 01-1677 RHK/AJB

DEAN STEWART, an Oklahoma
resident, JAMES DUNHAM, a
Louisiana resident et al
Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: August 26, 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

AUG 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK